```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

**RALPH KREPPS,**

    **Plaintiff,**

**v.**                                       Case No. 8:12-cv-2526-T-23-TGW

**LAW OFFICES OF ROSS GELFAND, LLC,**

    **Defendant.**

_____/

### NOTICE OF SCHEDULED MEDIATION

PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE:**      Friday, July 19, 2013
**TIME:**      9:00 a.m. (½ day)

**LOCATION:**  **Peter J. Grilli Mediation**
               **3001 West Azeele Street**
               **Tampa, Florida 33609**

I HEREBY CERTIFY that May 2, 2013 I electronically filed the foregoing document with the United States District Court, U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida which will electronically send copies to counsel of record.

                                                  /s/ *Peter J. Grilli*
                                                Peter J. Grilli, Esq.
                                                Florida Bar No. 237851
                                                Mediator
                                                3001 West Azeele Street
                                                Tampa, Florida 33609
                                                813.874.1002   Fax: 813.874.1131
                                                email: meditr@aol.com