UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RALPH KREPPS,**
Plaintiff,

CASE NO.: 8:12-CV-02526

vs.

**LAW OFFICES OF ROSS GELFAND, LLC**
Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, RALPH KREPPS, and Defendant, LAW OFFICES OF ROSS GELFAND, LLC, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each part to bear their own costs and attorney's fees.

Respectfully submitted this 10th day of July, 2013.

Max Story, Esquire
Florida Bar No.: 527238
Collins & Story, P.A.
233 East Bay Street, Suite 920
Jacksonville, Florida 32202
Telephone: 904-355-0805
mspleadings@collinsstorylaw.com
Attorney for Plaintiff

Amanda Rolfe
Florida Bar No.: 585181
Rolfe & Lobello, P.A.
720 Blackstone Building
Jacksonville, FL 32202
904-358-1666
ar@rolfelaw.com
Attorney for Defendant