UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH KREPPS,

    Plaintiff,

v.                                      CASE NO.: 8:12-cv-2526-T-23TGW

LAW OFFICES OF ROSS GELFAND,
LLC,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation for dismissal (Doc. 13), this action is **DISMISSED WITH PREJUDICE**. Each party bears its own fees and costs. The Clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 15, 2013.

                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE